UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:13-cr-2 |
| v. ) | |
| ) | MATTICE / LEE |
| RICHARD ALLEN GILLILAND ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the One-Count Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) defendant has been released on bond under appropriate conditions of release pending sentencing in this matter without objection [Doc. 14]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 14] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending

sentencing in this matter which is scheduled to take place on **May 20, 2013 at 9:00 a.m.**
**[EASTERN]** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                                      */s/Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                       UNITED STATES DISTRICT JUDGE